1
2
3
4
5
6
7
8           UNITED STATES DISTRICT COURT
                     FOR THE
9           NORTHERN DISTRICT OF CALIFORNIA
            SAN FRANCISCO/OAKLAND DIVISION
10
11

| | |
|---|---|
| JOHN GEARON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CLARUS TRANSPHASE SCIENTIFIC, INC., a California corporation,<br><br>Defendant. | CASE No.  4:12-cv-03931 YGR (EDL)<br><br>ORDER REQUIRING JUDGMENT DEBTOR TO APPEAR FOR EXAMINATION ~~[PROPOSED]~~<br><br>[Fed. R. Civ. P. 69(a); Cal. Code Civ. P. § 708.110; L.R. 7-10]<br><br>Date: September 3, 2013<br>Time: 2:00 p.m.<br>Courtroom:  E<br><br>*Complaint filed: July 26, 201* |

ORDER FOR JUDGMENT
DEBTOR EXAMINATION [Proposed]
CASE No. 4:12-cv-03931 YGR (EDL)

The *Ex Parte* Application for Order Requiring Judgment Debtor to Appear for Examination ("Application") filed by Plaintiff and Judgment Creditor John Gearon ("Gearon") having been previously granted by the Court:

IT IS HEREBY ORDERED THAT:

1. Defendant and Judgment Debtor Clarus Transphase Scientific, Inc., ("Clarus") IS HERBY ORDERED to appear through its Founder and Chairman, Robert O. Williams, on **September 3, 2013, at 2:00 p.m.,** to furnish information to aid in the enforcement of a money judgment against her in the above-captioned case (the "Examination"), at the following address:

> United States District Court for the
> Northern District of California,
> 450 Golden Gate Avenue
>  15th Floor, Courtroom E
> San Francisco, CA 94102

3. Subject to the supervision of the Court, Gearon's counsel shall conduct the Examination. Gearon, though his counsel, shall arrange for and bear the cost of a court reporter to attend and record the Examination.

4. Gearon's counsel may serve upon Clarus a subpoena for production of records maintained by or on behalf of Clarus sufficient to show the location of assets and the financial condition of Clarus, including, but not limited, to bank statements, documents reflecting transfer by Clarus of monies or other assets, documents reflecting monies and/or assets held in any way on behalf of or for the benefit of Clarus, and documents relating to any recent and/or pending investments in the company.

2

The following notice is hereby given in accordance with California Code of Civil Procedure section 708.110(e):

**NOTICE TO JUDGMENT DEBTOR**

**If you fail to appear at the time and place specified in this Order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney's fees incurred by the Judgment Creditor in this proceeding.**

IT IS SO ORDERED:

Dated: __July 29__, 2013    _____
UNITED STATES MAGISTRATE JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Elizabeth D. Laporte]*

Respectfully Submitted,

Randall S. Henderson, (CAL SB # 121731)
LAW OFFICES OF RANDALL S. HENDERSON
1959 Paloma Street
Pasadena, CA  91104
Telephone: (626) 798-9832
Facsimile: (626) 628-3077
Email:  rsh2@earthlink.net

_____
Attorney for Plaintiff
JOHN GEARON

3

ORDER FOR JUDGMENT
DEBTOR EXAMINATION [Proposed]
CASE No. 4:12-cv-03931 YGR (EDL)